**Order entered September 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00719-CV

---

### CAMERON MCPHERSON, Appellant

### V.

### BRIAN DAVID RUDMAN, M.D., Appellee

---

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05858**

---

## ORDER

The reporter's record is overdue. Accordingly, we **ORDER** Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court, to file the reporter's record no later than September 30, 2016.

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we also **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than September 23, 2016, a supplemental clerk's record containing a copy of the trial court's March 14, 2016 order granting plaintiff's motion for new trial. *See* TEX. R. APP. P. 34.5(c).

/s/     CRAIG STODDART
        JUSTICE